UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

LOUIS RINALDI,
   *Plaintiff*,

v.

SCOTT MARTIN and
FRED OLDENBURG
   *Defendants*.

: CASE NO. 3:02CV1524(GLG)
:
:
:
:
:
:
: December 15, 2003

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Defendants Scott Martin and Fred Oldenburg respectfully request an order to modify the existing Scheduling Order to extend the time for discovery and filing of dispositive motions sixty (60) days to March 2, 2004 and April 2, 2004, respectfully. The defendants, through counsel, represent the following:

1. The current Scheduling Order has set the discovery deadline for January 2, 2004 and deadline for dispositive motions for February 2, 2004.

2. The undersigned counsel has been occupied with a trial and two administrative hearings over the course of the last two months.

3. The undersigned requires additional time to meet with his clients and conduct discovery.

4. This is the defendants' second request to modify the Scheduling Order.

5. Pursuant to Local Rule 7(b), defendants' counsel has contacted plaintiff's counsel, John R. Williams, Esq., and he has no objection to this motion.

WHEREFORE, the defendants respectfully request a modification of the Scheduling Order, extending the discovery deadline to March 2, 2004, and for filing of dispositive motions to April 2, 2004.

DEFENDANTS,
SOCTT MARTIN,
FRED OLDENBURG

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: *Mark P. Kindall*
Mark P. Kindall
Assistant Attorney General
Federal Bar # ct13797
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail address:
Mark.Kindall@po.state.ct.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of December, 2003 a copy of the aforementioned Motion for Modification of Scheduling Order was sent by First Class United States mail, postage prepaid to:

John R. Williams, Esq.
Norman A. Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

*Mark P. Kindall*
Mark P. Kindall
Assistant Attorney General

2