**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
------------------------------------X
LOUIS RINALDI,                      :
                                    :
        Plaintiff,                  :        ORDER
                                    :
    -against-                       :
                                    :        3: 02 CV 1524 (GLG)
SCOTT MARTIN and FRED OLDENBURG,    :
                                    :
        Defendants.                 :
------------------------------------X
```

Defendant's motion to modify the scheduling order [Doc. #24] is hereby **Granted.** The discovery deadline is extended to March 2, 2004 and the deadline for filing dispositive motions is extended to April 2, 2004.

    **SO ORDERED.**

**Dated:   December 29, 2003**
**         Waterbury, CT**                            /s/
                                            Gerard L. Goettel
                                              U.S.D.J.