UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS RINALDI,<br>　　Plaintiff, | : | CIVIL ACTION NUMBER: |
| | : | 3:02CV1524(GLG) |
| VS. | : | |
| SCOTT MARTIN<br>AND<br>FRED OLDENBURG | : | |
| 　　Defendants. | : | DECEMBER 23, 2003 |

### PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Local Rule 7(b), the plaintiff, LOUIS RINALDI, respectfully requests an extension of time of sixty (60) days, up to and including MARCH 18, 2004, to comply with Defendants' Interrogatories and Requests for Production, dated DECEMBER 19, 2003.

In support of this motion, plaintiffs represent as follows:

1     They were served with defendants' Interrogatories and Request for Production on or about December 19, 2003.

1

2. Counsel is in the process of ascertaining responses to such requests and needs the additional time to comply with defendants' requests.

3. Despite diligent effort, undersigned counsel cannot ascertain opposing counsel's position regarding this request for an extension of time.

4. This is the plaintiff's first request for an extension of time to respond to defendants' Interrogatories and Request for Production.

5. No trial date has been set in this matter.

WHEREFORE, the plaintiff respectfully requests the Court grant this Motion for the reasons stated above.

>THE PLAINTIFF,
>LOUIS RINALDI
>
>BY_____
>JOHN R. WILLIAMS
>NORMAN A. PATTIS
>Federal Bar No. ct00215
>Williams & Pattis, LLC
>51 Elm Street, Suite 409
>New Haven, CT 06510
>Telephone: 203.562.9931
>His Attorney

3

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, this 23rd day of December, 2003, to the following parties and counsel of record:

Mark P. Kindall
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

_____
JOHN R. WILLIAMS
NORMAN A. PATTIS

4