UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

LOUIS RINALDI,
    *Plaintiff*,

    v.

SCOTT MARTIN and
FRED OLDENBURG
    *Defendants*.

: CASE NO. 3:02CV1524(GLG)

: December 26, 2003

## DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Defendants have no objection to the Plaintiff's request for extension of time as such. However, the motion *would* extend the time for the plaintiff's response *past* the deadline for finishing discovery. This allows no time to deal with any objections that the plaintiff might raise to the interrogatories and requests for production propounded by the defendants. More importantly, it would not allow the defendants to review the responses to written discovery prior to deposing the plaintiff, which would be extremely inefficient. Consequently, if the Court grants the plaintiff's motion, defendants respectfully submit that the deadline for concluding discovered be moved to a date forty-five days from the date that the plaintiff's responses to the interrogatories are due, and the deadline for filing dispositive motions be thirty days after the revised deadline for completing discovery.

DEFENDANTS,
SOCTT MARTIN,
FRED OLDENBURG

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: *[signature]*
Mark P. Kindall
Assistant Attorney General
Federal Bar # ct13797
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail address:
Mark.Kindall@po.state.ct.us

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of December, 2003 a copy of the aforementioned Response was sent by First Class United States mail, postage prepaid to:

John R. Williams, Esq.
Norman A. Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

*[signature]*
Mark P. Kindall
Assistant Attorney General