**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
------------------------------------X
LOUIS RINALDI,                      :
                                    :
        Plaintiff,                  :            **ORDER**
                                    :
    -against-                       :
                                    :   **3: 02 CV 1524 (GLG)**
SCOTT MARTIN and FRED OLDENBURG,    :
                                    :
        Defendants.                 :
------------------------------------X

Plaintiff's motion for extension of time to March 18, 2004 to respond to defendants' first set of interrogatories requests [Doc. #26] is **granted.**  Discovery is to be completed by May 3, 2004 and dispositive motions to be filed by June 3, 2004.

        **SO ORDERED.**

**Dated:   January 12, 2004**
          **Waterbury, CT**                    _____/s/_____
                                               Gerard L. Goettel
                                                   U.S.D.J.