UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS RINALDI, | : | CIVIL ACTION NO. |
|    *Plaintiff,* | : | 3:02CV1524(WWE) |
| | : | |
| v. | : | |
| | : | |
| SCOTT MARTIN AND FRED OLDENBURG, | : | |
|    *Defendants.* | : | June 2, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants in this action, Mr. Frederick Oldenburg, Jr., and Captain Scott Martin, respectfully request that this Court grant summary judgment on both counts of the plaintiff's Amended Complaint. As set forth more fully in the attached Memorandum of Law, the plaintiff cannot establish the factual predicates for either an equal protection claim or a claim of retaliation based upon exercise of first amendment rights.

Specifically, the plaintiff's equal protection claim is foreclosed by his inability to identify a "similarly situated" individual whom the defendants treated differently. His first amendment claim fails for failure to produce any evidence from which a reasonable juror could conclude that the defendants held the plaintiff's union activities against him.

        DEFENDANTS,
        FREDERICK OLDENBURG, JR. AND
        CAPTAIN SCOTT MARTIN

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:_____
    Mark P. Kindall
    Assistant Attorney General
    55 Elm Street
    P.O. Box 120
    Hartford, CT 06141-0120
    Tel:  (860) 808-5340
    Fax:  (860) 808-5385
    Federal Bar No.: ct13797
    E-Mail: Mark.Kindall@po.state.ct.us

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing Motion for Summary Judgment was mailed this 2nd day of June, 2004, first class, postage prepaid to:

John R. Williams, Esq.
WILLIAMS & PATTIS, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Mark P. Kindall
Assistant Attorney General

2