**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LOUIS RINALDI,<br>    *Plaintiff,* | :<br>:<br>: | CIVIL ACTION NO.<br>3:02CV1524(WWE) |
| v. | :<br>: | |
| SCOTT MARTIN AND FRED<br>OLDENBURG,<br>    *Defendants.* | :<br>:<br>:<br>: | **NOTICE OF MANUAL FILING**<br>June 2, 2004 |

Please take notice that the Defendants, Frederick Oldenburg, Jr. and Captain Scott Martin, have manually filed the following document or thing

Exhibits in Support of Defendant's Motion for Summary Judgment

These exhibits have not been filed electronically because

[ x ]  the document or thing cannot be converted to an electronic format
[ ]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

_____
Mark P. Kindall
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Phone: (860) 808-5340
Fax: (860) 808-5383
E-mail: Mark.Kindall@po.state.ct.us
Federal Bar # ct13797

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed this 2nd day of June, 2004, first class, postage prepaid to:

John R. Williams, Esq.
WILLIAMS & PATTIS, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

                                                  _____
                                                Mark P. Kindall
                                                Assistant Attorney General