UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS RINALDI | : | |
| | : | |
| VS. | : | NO. 3:02CV2524(WWE) |
| | : | |
| SCOTT MARTIN and | : | |
| FRED OLDENBURG | : | JUNE 18, 2004 |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

      The plaintiff respectfully moves that he be granted an extension of time until July 19, 2004, within which to respond to the defendants' Motion for Summary Judgment. In support of this motion, he represents as follows:

      1. No prior motion seeking an extension of time to file such response had been sought.

      2. The Motion for Summary Judgment was filed on or about June 2, 2004, and the plaintiff's response is due on or about June 23, 2004.

      3. The undersigned will be out of state for the next week and has not been able to complete the plaintiff's response as of this date.

      4. Defense counsel has been unavailable to advise concerning his position on this motion.

        THE PLAINTIFF

BY:_____
       JOHN R. WILLIAMS (ct00215)
       51 Elm Street
       New Haven, CT 06510
       203/562-9931
       FAX: 203/776-9494
       E-Mail: jrw@johnrwilliams.com
       His Attorney

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy hereof was mailed to Attorney Mark P. Kindall, Assistant Attorney General, P. O. Box 120, Hartford, CT 06141-0120.

_____
JOHN R. WILLIAMS