STATE OF C( 15-2801              RINALDI, LOUIS          - FOR OFFICIAL USE ONLY -
ENGINEERING,   WORK ASSIGN/JOB DUTIES          IIT     Union Code: *11,679*
GRIEVANCE      DPS/                    CI                        Agency-Fiscal Yr-Series No.
                                    ☑ ACF         Mgmt. Code:

NAME OF GRIEVANT _Louis Rinaldi_____   AGENCY _Public Safety/State Police_

OFFICIAL CLASS TITLE _Computer Operations Sup_ DATE OF ALLEGED VIOLATION _ongoing_

SPECIFIC CONTRACT PROVISION VIOLATED (ARTICLE, SECTION) _Article 56 and all other_
_related provisions of the P-4 contract_

Statement of Grievance (Facts and Issues Involved) _The duties normally assigned to_
_Operations Supervisor have been removed and Mr. Rinaldi has been assigned_
_duites outside of his job specification. This constitues a constructive_
_demotion._

_____ (see reverse for additional space)

Specific Remedy Requested _1. Cease and desist this practice  2. Reassign duties_
_of the operations supervisor specification 3. Renumerate for all lost wages_
_and benefits_

_____ (see reverse for additional space)

I hereby declare that all statements made herein are true and accurate to the best of my knowledge
and I desire representation in this grievance as follows:

[X]  My Representative will be _Kenneth Jacobs_____ of ___CSEA_____
                        (Name of Representative)              (Union)

[ ]  I will represent myself.

_____        _____
   (Signature of Employee)                (Signature of Representative)

DATE FILED AT STEP 1 _Filed directly to_ Step 2

ANSWER AT STEP 1 (SUBAGENCY DESIGNEE) _____

_____

_____

_____ (see reverse for additional space)

_____  _____  _____
  (Signature of Respondent)      (Date of Meeting)         (Date of Response)

I acknowledge settlement of my grievance ☐
I appeal decision and request review and response at next step

_____          _____
(Signature of Employee)                   (Signature of Union Representative)

DATE FILED AT STEP 2 September 22, 1998

ANSWER AT STEP 2 (AGENCY HEAD OR DESIGNEE) _____

_____

_____

_____

_____

                                          (See below for additional space)

_____     _____     _____
(Signature of Respondent)    (Date of Meeting)       (Date of Response)

Acknowledge settlement of my grievance ☐
Appeal decision and request review and response at next step ☑

_____          _____
(Signature of Employee)                   (Signature of Union Representative)

DATE FILED AT STEP 3 October 26, 1998

ADDITIONAL SPACE FOR RESPONSES (INDICATE APPLICABLE STEP)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____