UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LOUIS RINALDI

      v.                                         3:02cv1524 WWE

SCOTT MARTIN and
FREDERICK OLDENBURG

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on November 5, 1004, entered a Ruling granting the defendants' motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants Scott Martin and Frederick Oldenburg.

Dated at Bridgeport, Connecticut, this 12th day of November, 2004.

                                      KEVIN F. ROWE, Clerk

                                      By    /s/ Chrystine W. Cody
                                               Chrystine W. Cody
                                               Deputy-in-Charge

Entered on Docket _____