UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS RINALDI | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV1524(WWE) |
| | : | |
| v. | : | |
| | : | |
| SCOTT MARTIN and | : | |
| FRED OLDENBURG | : | |
| *Defendants* | : | December 17, 2004 |

## DEFENDANTS' MOTION FOR COSTS

Defendant's motion for summary judgment was granted on November 5, 2004 (Doc. # 39) and Judgment was entered on November 12, 2004 (Doc. # 40). Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendants, who are the prevailing party in the above-captioned case, respectfully request that

a. The court assess costs in this action in the amount of $401.25 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Mark P. Kindall
Assistant Attorney General
Federal Bar No. ct13797
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Mark.Kindall@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Motion for Costs was served by first-class mail, postage prepaid, in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 17th day of December, 2004 to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Mark P. Kindall
Assistant Attorney General

## EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS RINALDI | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV1524(WWE) |
| | : | |
| v. | : | |
| | : | |
| SCOTT MARTIN and | : | |
| FRED OLDENBURG | : | |
| *Defendants* | : | December 17, 2004 |

## BILL OF COSTS

1. Fees of the Court Reporter .......................................... $ 401.25
      Deposition of Louis Rinaldi
      April 23, 2004 -- invoice attached


**TOTAL**                                                  **$ 401.25**

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LOUIS RINALDI | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV1524(WWE) |
| | : | |
| v. | : | |
| | : | |
| SCOTT MARTIN and | : | |
| FRED OLDENBURG | : | |
| *Defendants* | : | December 17, 2004 |

**CERTIFICATION**

    I, Mark P. Kindall, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Mark P. Kindall
Assistant Attorney General

    Subscribed and sworn to before me by the above affiant on this the _____ day of December, 2004.

_____
Notary Public/Commissioner of the Superior Court